IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
RANDY BURKE,                     *
                                 *
     Plaintiff,                  *
                                 *
v.                               *    CV 417-207
                                 *
NANCY A. BERRYHILL, Acting       *
Commissioner of the Social       *
Security Administration,         *
                                 *
     Defendant.                  *
```

## O R D E R

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of the Social Security Act, 42 U.S.C. § 405(g), and in light of the Commissioner's request, with no opposition from Plaintiff, to remand this action for further agency action, **IT IS ORDERED** that the Commissioner's decision is hereby reversed with a remand of the cause to the Commissioner for further proceedings.

Upon remand, the Administrative Law Judge shall:

consider the additional evidence submitted and update the record pursuant to 20 C.F.R. §§ 404.1512 and 416.912; re-evaluate the opinion evidence, particularly the opinions from Dr. Feldstein, Dr. Adams, Dr. Washington, Dr. Amo, Dr. Jonas, Dr. Rucker, and Dr. Cannon; re-consider the claimant's

mental impairments under Listing 12.05; evaluate the lay opinion from the claimant's former employer in Exhibit C21E; reassess the claimant's residual functional capacity; proceed through the sequential evaluation process as needed and appropriate based on the updated record; take any further action to complete the administrative record; offer the claimant the opportunity for a hearing; and issue a new decision.

(Mot. for Entry of J. with Remand, Doc. 17, at 1-2.)

The Clerk of Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of August, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA