# United States District Court
## Southern District of Georgia

RANDY BURKE,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 417-207

NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated August 22, 2018 and under sentence four of the Social Security Act, 42 U.S.C. § 405(g), and in light of the Commissioner's request, with no opposition from Plaintiff to remand this action for further agency action, this case is hereby reversed with a remand of the cause to the Commissioner for further proceedings. This case stands closed.



| 08/22/2018 | Scott L. Poff |
|---|---|
| Date | Clerk |

/s/ Jamie Hodge
(By) Deputy Clerk